1  Maysoun Fletcher, Esq.
   Nevada Bar No. 10041
2  The Fletcher Firm, P.C.
   5510 South Fort Apache Rd.
3  Las Vegas, Nevada 89148
   Telephone: (702) 835-1542
4  Facsimile: (702) 835-1559
   maf@fletcherfirmlaw.com
5  Attorney for Defendant,
   BRITTANY GRIESEL

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

   UNITED STATES OF AMERICA,            CASE NO.: 2:21-CR-00194-RFB-VCF
9            Plaintiff,
                                        STIPULATION TO CONTINUE TIME FOR
10 vs.                                  SENTENCING

11 BRITTANY GRIESEL
               Defendant.
12

13            **STIPULATION TO CONTINUE TIME FOR SENTENCING**

14         IT IS HEREBY STIPULATED AND AGREED by and between Jim Fang, Assistant United

15 States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher, Esq.,
16
   Counsel for Defendant Brittany Griesel, that the Sentencing Hearing currently scheduled for
17
18 November 9, 2021 at 10:00 a.m. be vacated and reset 60 days, but no earlier than January 10, 2022.

19 This Stipulation is entered into for the following reasons:

20         1.      The United States Attorney recently discovered new evidence and produced it to

21 Counsel for the defendant.  Counsel for the defendant needs time to evaluate the new information
22
   and potential options as well as to prepare for sentencing.
23
24         2.      Counsel for the defendant has spoken to her client and she has no objection to the

25 request for continuance.

26         3.      Counsel for the United States has no objection to the continuance.

27         4.      Denial of this request for continuance could result in a miscarriage justice.

28

1    5.    The additional time requested by this stipulation is excludable in computing the time

2  within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States

3  Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering

4  the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

5

6    6.    For all the above-stated reasons, the ends of justice would best be served by a

7  continuance of the current Sentencing Hearing.

8    This is the first request for continuance filed herein.

9    DATED: October 29, 2021.

10

11    */s/ Jim Fang*                              */s/ Maysoun Fletcher*
      **Jim Fang, Esq.**                          **Maysoun Fletcher, Esq.**
12    Assistant United States Attorney            5510 South Fort Apache Road
      501 Las Vegas Boulevard South #500          Las Vegas, Nevada 89148
13    Las Vegas, Nevada 89101                     Attorney for Defendant, Brittany Griesel

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
BRITTANY GRIESEL

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | CASE NO.: 2:21-CR-00194-RFB-VCF |
| vs. | |
| BRITTANY BRIESEL,<br>Defendant | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1.    The United States Attorney recently discovered new evidence and produced it to Counsel for the defendant.  Counsel for the defendant needs time to evaluate the new information and potential options as well as to prepare for sentencing.

2.    Counsel for the defendant has spoken to her client and she has no objection to the request for continuance.

3.    Counsel for the United States has no objection to the continuance.

4.    Denial of this request for continuance could result in a miscarriage justice.

5.    The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

6.      For all the above-stated reasons, the ends of justice would best be served by a continuance of the current Sentencing Hearing.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for sentencing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for November 9, 2021 at 10:00 a.m., is continued to the __14th_ day of_____January_____, _2022__at 9:00 AM by videoconference.

IT IS SO ORDERED.

DATED this _2nd__ day of __November___, 2021.

_____
HONORABLE RICHARD BOULWARE
U.S. DISTRICT COURT JUDGE

4