Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
BRITTANY GRIESEL

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRITTANY GRIESEL<br>　　　　　　Defendant. | CASE NO.: 2:21-CR-00194-RFB-VCF<br><br>STIPULATION TO CONTINUE TIME FOR SENTENCING |

## <u>STIPULATION TO CONTINUE TIME FOR SENTENCING</u>

IT IS HEREBY STIPULATED AND AGREED by and between Jim Fang, Assistant United States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher, Esq., Counsel for Defendant Brittany Griesel, that the Sentencing Hearing currently scheduled for January 14, 2022 at 9:00 a.m. be vacated and reset 90 days.

This Stipulation is entered into for the following reasons:

1. The United States Attorney recently discovered new evidence and produced it to Counsel for the defendant. Based upon newly disclosed evidence, Counsel for the defendant intends on filing a motion to withdraw Ms. Griesel's guilty plea. Both parties need time to prepare their respective pleadings and the Court needs sufficient time to enter its decision.

2. Ms. Griesel is out of custody and does not object to the requested continuance.

3. Counsel for the United States has no objection to the continuance.

4. Denial of this request for continuance could result in a miscarriage justice.

1    5.    The additional time requested by this stipulation is excludable in computing the time

2  within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States

3  Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering

4  the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

5    6.    For all the above-stated reasons, the ends of justice would best be served by a

6  continuance of the current Sentencing Hearing.

7    This is the second request for continuance filed herein.

8    DATED: January 3, 2022.

9

10

11   ___/s/ Jim Fang_____            ____/s/ Maysoun Fletcher_____
     **Jim Fang, Esq.**                      **Maysoun Fletcher, Esq.**
12   Assistant United States Attorney       5510 South Fort Apache Road
     501 Las Vegas Boulevard South #500     Las Vegas, Nevada 89148
13   Las Vegas, Nevada 89101                Attorney for Defendant, Brittany Griesel

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone:  (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
BRITTANY GRIESEL

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,
               Plaintiff,

vs.

BRITTANY BRIESEL,
               Defendant

CASE NO.: 2:21-CR-00194-RFB-VCF

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1.	The United States Attorney recently discovered new evidence and produced it to Counsel for the defendant.  Based upon newly disclosed evidence, Counsel for the defendant intends on filing a motion to withdraw Ms. Griesel's guilty plea.  Both parties need time to prepare their respective pleadings and the Court needs sufficient time to enter its decision.

2.	Ms. Griesel is out of custody and does not object to the requested continuance.

3.	Counsel for the United States has no objection to the continuance.

4.	Denial of this request for continuance could result in a miscarriage justice.

5.	The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

6.      For all the above-stated reasons, the ends of justice would best be served by a continuance of the current Sentencing Hearing.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for sentencing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for January 14, 2022 at 9:00 a.m., is continued to the  19th  day of  April                    ,  2022   at  9:0 0 AM in LV Courtroom 7C by videoconference.

IT IS SO ORDERED.

DATED this   6th    day of   January      , 2022.

_____
  HONORABLE RICHARD BOULWARE
  U.S. DISTRICT COURT JUDGE